**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>UNITED STATES OF AMERICA</u>

    **v.**                                                               Case No. 07-cr-92-PB

<u>FNU LNU</u>

**O R D E R**

    Defendant, through counsel, has moved to continue the June 5, 2007 trial in the above case, citing newly retained counsel and the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2007 to September 5, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 25, 2007 final pretrial conference is continued to August 27, 2007 at 3:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 15, 2007

cc: Jeffrey S. Levin, Esq.
Richard Monteith, Jr., Esq.
Alfred J.T. Rubega, AUSA
United States Probation
United States Marshal