```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 07-cr-92-PB

**Fnu Lnu**


**O R D E R**

The defendant, through counsel, has moved to continue the September 5, 2007 trial in the above case, citing the need for additional time to prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 1007 to November 6, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The August 27, 2007 final pretrial conference is continued to October 24, 2007 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 23, 2007

cc: Richard Monteith, Esq.
    Alfred Rubega, Esq.
    United States Probation
    United States Marshal